UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| Janet Taylor,<br>　　　Plaintiff | )<br>)<br>) |
| 　　　　　v. | )　　Case No. 11-4085 JAG<br>) |
| Trinity Medical Center,<br>　　　Defendants | )<br>) |

**ORDER**

Now before the Court is the Plaintiff's motion to dismiss this action, as it has been settled. The motion is GRANTED. This case is dismissed with prejudice, parties to bear their own costs.

ENTERED: June 3, 2013

s/ John A. Gorman

JOHN A. GORMAN
UNITED STATES MAGISTRATE JUDGE